# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | KIRK ANSON & LINDA ELIZABETH GUINN |
| **Case Number:** | 2:12-BK-22258-GBN  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, MAY 10, 2017 01:45 PM  6TH FLOOR #602 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | RENEE BRYANT |

## *Matter:*

HEARING ON OBJECTIONS TO MOTION TO APPROVE SETTLEMENT

**R / M #:** 123 / 0

## *Appearances:*

DAWN M. MAGUIRE, ATTORNEY FOR TRUSTEE CONSTANTINO FLORES
JASON J. ROMERO, ATTORNEY FOR KIRK ANSON GUINN, LINDA ELIZABETH GUINN
ADELA S. CHAVEZ, PRO SE CREDITOR
EVON STAVROU, PRO SE CREDITOR

## *Proceedings:*

Ms. Maguire reviewed the steps taken to reach a settlement with the debtor and the factors that went into that settlement, including the debtors not receiving a discharge.

The Court discussed the objections of the creditors and the proofs of claim that were filed.

Ms. Chavez argued her position and advised that she and Ms. Stavrou were not investors.

COURT: IT IS ORDERED OVERRULING THE OBJECTIONS FILED BY CREDITORS FRANK JONES, ADELA CHAVEZ, AND EVON STAVROU.

IT IS FURTHER ORDERED APPROVING THE SETTLEMENT. MS. MAGUIRE IS DIRECTED TO UPLOAD A FORM OF ORDER.